**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

                                                Case No.: 6:14-bk-2715-KSJ
                                                Chapter 13

In re:
WILLIAM S. HIMMELSTOSS,

        Debtor.
_____/

**ORDER SUSTAINING DEBTORS' OBJECTION**
**TO CLAIM 2 FILED BY FREEDOM ROAD FINANCIAL**

       On July 17, 2014, the Debtor filed an Objection to Claim 2 filed by Freedom Road Financial [D.E. 24]. The Court finds that:

1. The Debtor's Objection on to Claim 2 was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within thirty (30) days of the date of service;
2. No party filed an objection within the time permitted; and
3. The Court therefore considers the matter to be unopposed.

It is ORDERED:

    a. The Debtor's Objection to Claim 2 is SUSTAINED.
    b. Claim 2 is allowed and shall be paid with annual interest accruing at a rate of 5.25%.

DONE and ORDERED in Orlando, Florida, this 2nd day of September, 2014

                                                Karen S. Jennemann
                                                Chief United States Bankruptcy Judge

Attorney, Michael Ross Cleaveland, Esquire, is directed to serve a copy of this order on all interested parties and file a proof of service within 3 days of the entry of the order.