**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

        Case No.: 6:14-bk-2715-KSJ
        Chapter 13

In re:
WILLIAM S. HIMMELSTOSS,

    Debtor.
_____/

## AMENDED CHAPTER 13 PLAN

COMES NOW, the Debtor and files this Amended Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number (by months) | Amount of Monthly Plan Payment |
|---|---|
| 1-7 | $2,341.00 |
| 8-60 | $2,441.50 |

The Debtor shall mail a **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, Post Office Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Tejes Law, PLLC (mortgage mediation fee) | $900.00 | $17.10 | 1-3 |
|  |  | $56.03 | 4-7 |
|  |  | $77.25 | 8-15 |
|  |  | $4.78 | 16 |
| Cleaveland & Cleaveland, P.L. (core bankruptcy fee & mortgage mediation fee) | $4,400.00 | $17.10 | 1-3 |
|  |  | $56.03 | 4-7 |
|  |  | $77.25 | 8-15 |
|  |  | $149.72 | 16 |
|  |  | $154.49 | 17-37 |
|  |  | $110.77 | 38 |

| | | | |
|---|---|---|---|
| Tejes Law, PLLC (administrative fee) | $2,650.00 | $0.00<br>$50.00 | 1-7<br>8-60 |

**Trustee's Fees**

    The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

**Priority Claims**

| Priority Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Internal Revenue Service (Claim 3-2) | $0.00 | $0.00 | 1-60 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Freedom Mortgage (Claim 4) | $55,530.38 | $1,550.70 | 1-60 |
| Capital One Auto Finance (Claim 1) | $3,599.14 | $68.33 | 1-60 |
| Freedom Road Financial (Claim 2) | $5,359.95 | $101.76 | 1-60 |

**Secured Arrearage**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Celebration Residential Owners Assoc. (Claim 5-2 - paying 18% interest) | $9,615.23 | $10.00<br>$50.00<br>$272.06<br>$272.07 | 1-3<br>4-7<br>8-18<br>9-60 |
| Celebration Residential Owners Assoc. (post-petition arrearage - See D.E. 52) | $1,568.29 | $224.04<br>$224.05 | 1-6<br>7 |

**Property to be Surrendered**:

| Name of Creditor | Description of Collateral |
|---|---|
| Not applicable. | |

**Valuation of Security**:

Name of Creditor             Description of Collateral
Not applicable

**Executory Contracts**:

**The following Executory Contracts are assumed**

Name of Potential Creditor       Description of Collateral
Not applicable.

**The following Executory Contracts are rejected**

Name of Potential Creditor       Description of Collateral
Not applicable.

**Mediator:**

|  | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Mediator | $350.00 | $116.66 | 1 |
|  |  | $116.67 | 2-3 |

**Unsecured Creditors** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 100%

Property of the Estate revests in the Debtor upon completion of all plan payments and entry of the Discharge of Debtor.

    Respectfully submitted,
    **TEJES LAW, PLLC**


    */s/ Joshua J. Tejes*
    Joshua J. Tejes
    Attorney for the Debtor
    Florida Bar Number 057621
    609 East Central Boulevard
    Orlando, Florida 32814
    Telephone: (407) 734-5166
    Facsimile: (407) 648-0683
    Email: josh@tejeslaw.com